# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:21-mj-00112 |
| | ) | |
| ROWAN MCMANIGAL | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___December 19, 2020___ in the county of ___Multnomah___ in the

___ District of ___Oregon___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1038 | On or about December 19, 2020, in the District of Oregon, defendant ROWAN MCMANIGAL did intentionally convey false and misleading information that they were in possession of incendiary chemical agents, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking that would constitute a violation of Title 18 Chapter 40, relating to destruction of federal property by use of explosive devices. |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Micah D. Coring, US Department of Homeland Security,
Federal Protective Service

☑ Continued on the attached sheet.

_____
*Complainant's signature*

MICAH D. CORING
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at ___10:10___ a.m./x̶x̶x̶.

Date: ___May 27, 2021___

/s/ *Youlee Yim You*
*Judge's signature*

City and state: ___Portland, Oregon___

_____
*Printed name and title*