AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
Rowan McManigal ) Case No. 3:21-MJ-00112
_____ )
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/4/2021

_____
Defendant's signature

_____
Signature of defendant's attorney

John G. Hezoll #740845
Printed name of defendant's attorney

_____
Judge's signature

_____
Judge's printed name and title